UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 01-14049-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

vs.

EDWARD EUGENE MARSHALL,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

   **THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on June 26, 2014.

   **THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on June 28, 2014. A Report and Recommendation filed on June 29, 2014 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

   **ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

   **DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of August, 2014.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Diana Acosta, AUSA
        Fletcher Peacock, AFPD